# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Augusto Aviles Ramirez,  )<br>  )<br>    Plaintiffs,  )<br>v.  )<br>  )<br>SKY WAY 786 LLC d/b/a LA MACARENA )<br>RESTAURANT & BAR and  )<br>KARIM ALI UMETIA,  )<br>  )<br>    Defendants.  ) | Case No. 1:23-CV-1486-DII<br><br>Honorable Judge Robert Pitman |

## STATUS REPORT OF FEBRIARY 20, 2024

Plaintiff Augusto Aviles Ramirez ("Plaintiffs"), by attorney James M. Dore from Justicia Laboral LLC, submit this Status Report:

Plaintiff's counsel has been contacted by counsel for Defendants. The Parties have agreed to material terms of a settlement, but are in the process of memorializing the same. They have exchanged drafts and are close. They expect the settlement agreement to be completed and signed within 30 days.

    s/   James M. Dore    

**Justicia Laboral LLC**
**James M. Dore** (TX Bar # 24128272)
*Attorney for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com
