# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Augusto Aviles Ramirez, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:23-CV-1486-DII |
| v. ) | |
| ) | Honorable Judge Robert Pitman |
| SKY WAY 786 LLC d/b/a LA MACARENA ) | |
| RESTAURANT & BAR and ) | |
| KARIM ALI UMETIA, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT OF MAY 9, 2024

Plaintiff Augusto Aviles Ramirez ("Plaintiffs"), by attorney James M. Dore from Justicia Laboral LLC, submit this Status Report:

The Parties have reduced their settlement to writing. Defendants have requested Plaintiff to sign the settlement in person in defendants' attorneys offices. Plaintiff has been trying to make arrangements to do so, but has not as of this date. Plaintiff requests 30 days to sign the agreement, and/or to dismiss the matter

    s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (**TX Bar # 24128272**)**
*Attorney for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com