**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| AUGUSTO AVILES RAMIREZ )<br><br>          Plaintiff, )<br>v. )<br>       )<br>SKY WAY 786 LLC d/b/a LA MACARENA )<br>RESTAURANT & BAR and KARIM ALI UMETIA )<br>       )<br>          Defendant. ) | Case No. __23-cv-01486-DII__ |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Augusto Aviles Ramirez hereby gives notice that the above-captioned action is **voluntarily dismissed without prejudice**.

Defendants have not served either an answer or a motion for summary judgment; as such, dismissal without prejudice is appropriate under Rule 41(a)(1)(A)(i) by this Notice.

Date: July 15, 2024.

                                                                             s/  **James M. Dore**

**Justicia Laboral LLC**
James M. Dore
*Attorney For Plaintiff*
TX Bar # 24128272
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com